1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11                                              No. 2:25-cv-02080-WBS-CSK
         IN RE:  STEVEN WAYNE BONILLA
12                                              No. 2:25-cv-02236-WBS-CSK

13                                              No. 2:25-cv-02237-WBS-CSK

14                                              No. 2:25-cv-02238-WBS-CSK

15                                              No. 2:25-cv-02241-WBS-CSK

16                                              No. 2:25-cv-02243-WBS-CSK

17                                              No. 2:25-cv-02245-WBS-CSK

18                                              No. 2:25-cv-02250-WBS-CSK

19                                              No. 2:25-cv-02251-WBS-CSK

20                                              No. 2:25-cv-02263-WBS-CSK

21
22
23                                              **ORDER**
24
25
26        Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the
27   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious
28   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

                                                1

1    proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

2    Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

3    13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

4    the Court to open a new case for each attempted new pleading and assign it to the Court for

5    review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

6    Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

7            The Court has reviewed the complaints/petitions filed in the above-captioned cases and

8    finds they are related to Plaintiff's Alameda County criminal conviction.

9            Accordingly, IT IS HEREBY ORDERED that 2:25-cv-02080, 2:25-cv-02236, 2:25-cv-

10   02237, 2:25-cv-02238, 2:25-cv-02241, 2:25-cv-02243, 2:25-cv-02245, 2:25-cv-02250, 2:25-cv-

11   02251 and 2:25-cv-02263 are DISMISSED; the Clerk of the Court is directed to close these cases.

12   No further filings will be accepted.

13   Dated:  August 18, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2